IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROCKIES EXPRESS PIPELINE LLC, a Delaware limited liability company, | ) ) ) ) | 4:07CV3112 |
| Plaintiff, | ) | |
| vs. | ) ) | **ORDER** |
| THE COUNTY OF LINCOLN, NEBRASKA and THE JOINT PLANNING COMMISSION OF LINCOLN COUNTY, NEBRASKA, | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that, after consultation with Defendants' counsel, Plaintiffs' counsel shall contact the secretary for the undersigned United States District Judge to schedule a telephone conference call between counsel for the parties and the undersigned United States District Judge, during which conference call the parties shall be prepared to address, among other things, scheduling a hearing on Plaintiffs' motion for preliminary injunction (filing 5) and whether the trial on the merits shall be consolidated with that hearing pursuant to Fed. R. Civ. P. 65(a)(2).

May 1, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge